IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| CALUMET MONTANA REFINING, LLC, | CV-15-85-GF-BMM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| HOLLYFRONTIER CORPORATION, et al. | |
| Defendants. | |

**IT IS ORDERED** that the parties will submit a joint status report to the court on or before **April 5, 2018**.

DATED this 22nd day of March, 2018.

_____
Brian Morris
United States District Court Judge