# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HOLLYFRONTIER CORPORATION; HOLLY CORPORATION; MONTANA REFINING COMPANY, A PARTNERSHIP; HRM MONTANA LLC; BLACK EAGLE, INC.; BLACK EAGLE, LLC; NAVAJO NORTHERN, INC; AND DOE A,<br><br>    Defendants. | CV-15-85-GF-BMM<br><br><br>**ORDER** |

This Court granted Defendant's Motion to Compel Arbitration on February 10, 2016. (Doc. 45). Defendants now seek an order confirming the following arbitration awards:

1)    The Findings of Fact and Conclusions of Law Regarding Phase I Hearing dated September 13, 2018 ("Phase I Order," Doc. 62-1); and

2)    The Findings of Fact and Conclusions of Law Regarding Phase II Hearing dated August 15, 2019 ("Phase II Order," Doc. 62-

2), as amended by the Corrected Final Award of the Arbitrators dated October 3, 2019 ("Corrected Final Award," Doc. 62-3).

Plaintiffs filed a response stating it "is not opposed to the relief sought by Defendants in their Motion to Confirm Arbitration Award." (Doc. 63).

**IT IS ORDERED** that the attached Phase I Order (Doc. 62-1), Phase II Order (Doc. 62-2), and Corrected Final Award (Doc. 62-3) are **CONFIRMED** pursuant to the Federal Arbitration Act 9 U.S.C. § 9.

**IT IS FURTHER ORDERED** that judgement is entered in accordance with the arbitration awards.

DATED this 7th day of November, 2019.

_____
Brian Morris
United States District Court Judge