UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYFRONTIER CORPORATION; HOLLY CORPORATION; MONTANA REFINING COMPANY, a partnership; HRM MONTANA LLC; BLACK EAGLE, INC.; BLACK EAGLE, LLC; NAVAJO NORTHERN, INC.; and, DOE A,<br><br>Defendants. | Case No. CV-15-85 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the arbitration awards contained in the Court's Order dated November 7, 2019 (Doc. 66).

///

///

Dated this 19th day of December, 2019.

                TYLER P. GILMAN, CLERK

            By: /s/ S. Redding
                  S. Redding, Deputy Clerk